■ In the Matter of MICHAEL G. WHITNEY, Appellant, v DENISE T. WHITNEY, Respondent. (Appeal No. 2.) [60 NYS3d 922]—Appeal from an order of the Family Court, Erie County (Michael F. Griffith, J.), entered August 6, 2015 in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition alleging a violation of a prior order.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Whitney v Whitney* ([appeal No. 3] 154 AD3d 1295 [2017]). Present—Centra, J.P., Carni, Lindley, Troutman and Winslow, JJ.